915 A.2d 639

**KINSLEY CONSTRUCTION, INC., Appellant,**

v.

**COMMONWEALTH of Pennsylvania, Appellee.**

Supreme Court of Pennsylvania.

Feb. 20, 2007.

*ORDER*

PER CURIAM.

The Order of the Commonwealth Court is **AFFIRMED.**